FILED

AUG 24 2022

Clerk, U S District Court
District Of Montana
Missoula

**COLIN M. RUBICH**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-95-BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **FALSE STATEMENT TO A FINANCIAL INSTITUTION (Count 1)**<br>Title 18 U.S.C. § 1014<br>(Penalty: 30 years of imprisonment, $1,000,000 fine, and five years of supervised release) |
| WILLIAM PETER SZLASA,<br><br>Defendant. | **AGGRAVATED IDENTITY THEFT (Count 2)**<br>Title 18 U.S.C. § 1028A(a)(1)<br>(Penalty: Mandatory minimum two years of imprisonment, consecutive to any other punishment, $250,000 fine, and one year of supervised release) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 10, 2022, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, WILLIAM PETER SZLASA, knowingly made a false statement for the purpose of influencing the actions of Chase Bank, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation. Specifically, the defendant, WILLIAM PETER SZLASA, stated his identity was John Doe 1, an existing customer of Chase Bank, and presented fraudulent identification documents in the name of John Doe 1 in order to open a new business account with the bank, when in truth and in fact, as the defendant then and there knew, he was not John Doe 1, in violation of 18 U.S.C. § 1014.

## COUNT 2

On or about August 10, 2022, at Billings, within Yellowstone County, in the State and District of Montana, the defendant, WILLIAM PETER SZLASA, did knowingly use, without lawful authority, a means of identification of another

//
//
//
//
//
//

2

person, during and in relation to a felony violation of 18 U.S.C. § 1014, false statement to a financial institution, as charged in count 1 above, in violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney